UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NICOLE ASHFORD, | ) |
| Plaintiff, | ) Case No. 2:14-cv-00669-ALM-MRA |
| v. | ) |
| NAVIENT SOLUTIONS, INC. F/K/A SALLIE MAE, INC., | ) **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) |

Plaintiff, Nicole A. Ashford, and Defendant, Navient Solutions, Inc. f/k/a Sallie Mae, Inc., by their respective counsel, hereby stipulate to dismiss all claims in this matter with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| KROHN & MOSS, LTD. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| By: s/ David Tannehill (*w/ permission*) | By: s/ Robert F. Seidler |
| David Tannehill (0083968) | Robert F. Seidler (0074178) |
| 8043 Corporate Circle, Suite 3 | 111 Monument Circle, Suite 4600 |
| North Royalton, Ohio 44133 | Indianapolis, Indiana 46204 |
| T: (216) 901-0609 x 203 | T: (317) 916-1300 |
| F: (866) 425-3459 | F: (317) 916-9076 |
| dtannehill@consumerlawcenter.com | robert.seidler@ogletreedeakins.com |
| Attorney for Plaintiff, Nicole Ashford | Attorneys for Defendant, Navient Solutions, Inc. |

20203556.1